IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:09CR383 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE D. BUENROSTRO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence by a person in federal custody (Filing No. 131). The Court finds plaintiff should respond to said motion. Accordingly,

IT IS ORDERED that the plaintiff shall file a response to defendant's motion under 28 U.S.C. § 2255. Said response shall include an affidavit of defendant's counsel concerning the plea agreement.

DATED this 4th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court